IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAY T. DINO, et al., | : | |
|     Plaintiffs, | : | No. 1:08-cv-01493 |
| | : | |
| v. | : | |
| | : | (Judge Kane) |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et al., | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 11th day of December 2013, **IT IS HEREBY ORDERED THAT** Plaintiffs' proposed award of attorneys' fees in the amount of $150,000.00 and costs in the amount of $1,545.40 are **APPROVED.** The Clerk of Court is directed to close the case.

                                                s/Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania